IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
WESTERN DIVISION

Civil No. 1:16-CV-00406

| | |
|---|---|
| Vanessa Dundon, Jade Kalikolehuaokalani Wool, Crystal Wilson, David Demo, Guy Dullknife III, Mariah Marie Bruce, Frank Finan, Isreal Hoagland-Lynn, and Noah Michael Treanor,<br><br>on behalf of themselves and all similarly-situated persons,<br><br>Plaintiffs,<br><br>vs.<br><br>Kyle Kirchmeier, Morton County, City of Mandan, Jason Ziegler, Stutsman County, Chad Kaiser, and Does 1-100,<br><br>Defendants. | **NOTICE OF APPEARANCE** |

\*\*\*        \*\*\*        \*\*\*

(1.)   PLEASE TAKE NOTICE that the undersigned attorneys enter their appearance as counsel in the above-entitled action on behalf of defendants, Kyle Kirchmeier, Morton County, City of Mandan, Jason Ziegler, Stutsman County and Chad Kaiser .

(2.)   An appropriate motion, answer, or other response will be served and filed by defendants, Kyle Kirchmeier, Morton County, City of Mandan, Jason Ziegler, Stutsman County and Chad Kaiser, which reserves all defenses available including those which may be asserted pursuant to Civil Rules 8, 9 and 12, if any such defenses are applicable.

(3.)   The undersigned attorneys respectfully request that all future correspondence and pleadings be forwarded to the undersigned.

Dated this 5th day of December, 2016.

                                                BAKKE GRINOLDS WIEDERHOLT

By: /s/ Randall Bakke

                          Randall J. Bakke (#03989)
                          Shawn A. Grinolds (#05407)
                          Bradley N. Wiederholt (#06354)
                          300 West Century Avenue
                          P.O. Box 4247
                          Bismarck, ND 58502-4247
                          (701) 751-8188
                          rbakke@bgwattorneys.com
                          sgrinolds@bgwattorneys.com
                          bwiederholt@bgwattorneys

                          Attorneys for Defendants Kyle Kirchmeier, Morton County, City of Mandan, Jason Ziegler, Stutsman County, and Chad Kaiser

Notice of Appearance

## CERTIFICATE OF SERVICE

I hereby certify that on December 5, 2016, a true and correct copy of the foregoing **Notice of Appearance** was filed electronically with the Clerk of Court through ECF.

ATTORNEYS FOR PLAINTIFFS:

Rachel Lederman
Rachel Lederman & Alexsis C. Beach, Attorneys
558 Capp Street
San Francisco, CA 94110
(415) 282-9300
rachel@bllaw.info

Lauren Regan
Civil Liberties Defense Center
783 Grant Street, Suite 200
Eugene, OR 97402
(541) 687-9180
lregan@cldc.org

Jeffrey Haas
1433 Seville Rd
Santa Fe, NM 87505
Jeffreyhaas42@gmail.com

James Fennerty
James R. Fennerty & Associates, L.L.C.
South Wabash Avenue, Suite 1310
Chicago, IL 60603
fennertylaw@yahoo.com


By: _s/Randall J. Bakke_
    Randall J. Bakke