IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| VANESSA DUNDON, JADE KALIKOLEHUAOKALANI WOOL, CRYSTAL WILSON, DAVID DEMO, GUY DULLKNIFE III, MARIAH MARIE BRUCE, FRANK FINAN, ISRAEL HOAGLAND-LYNN, and NOAH MICHAEL TREANOR, on behalf of themselves and all similarly-situated persons,<br><br>Plaintiffs,<br><br>v.<br><br>KYLE KIRCHMEIER, MORTON COUNTY, CITY OF MANDAN, JASON ZIEGLER, STUTSMAN COUNTY, CHAD KAISER, and DOES 1-100,<br><br>Defendants. | No. 1:16-cv-406<br>_____<br><br>**NOTICE OF APPEARANCE** |

**APPEARANCE**

1

1. PLEASE TAKE NOTICE that the undersigned attorney enters her appearance as counsel for Plaintiffs in the above-entitled action.

2. Attorney Melinda Power requests that all future correspondence and pleadings be forwarded to her at the address below.

Dated: January 27, 2017

/s/Melinda Power<br>
West Town Law Office<br>
2502 W. Division<br>
Chicago, Il. 60622<br>
773-278-6706<br>
773-278-0635 (fax)<br>
melindapower@comcast.net