# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 17-1306

Vanessa Dundon, et al.

Appellants

v.

Kyle Kirchmeier, et al.

Appellees

------------------------------

American Civil Liberties Union of North Dakota and American Civil Liberties Union of South Dakota

Amici on Behalf of Appellant(s)

_____

Appeal from U.S. District Court for the District of North Dakota - Bismarck
(1:16-cv-00406-DLH)
_____

## MANDATE

In accordance with the opinion and judgment of 11/14/2017, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

December 05, 2017

Clerk, U.S. Court of Appeals, Eighth Circuit