AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of North Dakota

| | | |
|---|---|---|
| Vanessa Dundon, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 16-cv-406 |
| Kyle Kirchmeier, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, Vanessa Dundon, et al.

Date:  02/14/2018

/s/: Janine Hoft
*Attorney's signature*

Janine Hoft #6188139
*Printed name and bar number*

People's Law Office
1180 N. Milwaukee Ave
Chicago IL, 60642

*Address*

janinehoft@gmail.com
*E-mail address*

(773) 235-0070
*Telephone number*

(773) 235-6699
*FAX number*