# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Vanessa Dundon, et. al. | ) | |
| | ) | |
| Plaintiffs, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Kyle Kirchmeier, et. al., | ) | Case No. 1:16-cv-406 |
| | ) | |
| Defendants. | ) | |

Before the court is defendants' Motion for Protective Order filed January 6, 2017. The court concludes after careful review that the circumstances have substantially changed since the filing of the motion and that there is not now sufficient justification for granting the motion. Hence, the Motion for Protective Order (Doc. 64) is **DENIED WITHOUT PREJUDICE**.

Dated this 31st day of December, 2018.

                                                  */s/ Charles S. Miller, Jr.*
                                                  Charles S. Miller, Jr., Magistrate Judge
                                                  United States District Court