# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 20-3106
_____

Vanessa Dundon, on behalf of themselves and all similarly situated persons; Jade Kalikolehuaokal Wool, on behalf of themselves and all similarly situated persons; Crystal Wilson, on behalf of themselves and all similarly situated persons; David Demo, on behalf of themselves and all similarly situated persons; Guy Dullknife, III, on behalf of themselves and all similarly situated persons; Mariah Marie Bruce, on behalf of themselves and all similarly situated persons; Frank Finan, on behalf of themselves and all similarly situated persons; Israel Hoagland-Lynn, on behalf of themselves and all similarly situated persons; Noah Michael Treanor, on behalf of themselves and all similarly situated persons

Plaintiffs - Appellees

v.

Kyle Kirchmeier; Jason Ziegler; Chad Kaiser

Defendants - Appellants

Does 1-100; Morton County; City of Mandan; Stutsman County

Defendants

_____

Appeal from U.S. District Court for the District of North Dakota - Western
(1:16-cv-00406-DMT)
_____

**JUDGMENT**

Before COLLOTON, SHEPHERD, and KOBES, Circuit Judges.

Appellees' motion to dismiss for lack of jurisdiction is granted. This appeal is dismissed for lack of jurisdiction.

November 25, 2020

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____

/s/ Michael E. Gans