IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Vanessa Dundon, Jade Kalikolehuaokalani Wool, Crystal Wilson, David Demo, Guy Dullknife, III, Mariah Marie Bruce, Frank Finan, Israel Hoagland-Lynn, and Noah Michael Treanor, on behalf of themselves and all similarly-situated persons,<br><br>Plaintiffs,<br><br>vs.<br><br>Kyle Kirchmeier, Morton County, City of Mandan, Jason Ziegler, Stutsman County, Chad Kaiser, and Does 1-100,<br><br>Defendants. | Civil No.: 1:16-cv-406 |

## ORDER LIFTING STAY AND RESETTING DISCOVERY DEADLINES

[¶1]     THIS MATTER comes before the Court following the Eighth Circuit Court of Appeals' Judgment and Mandate issued on November 25, 2020 dismissing the Defendants' interlocutory appeal. See <u>Dundon et al. v. Kyle Kirchmeier, et al</u>, 20-3106 (8th Cir. 2020) *Judgment Filed; Mandate Issued*.  The proceedings and discovery in this matter have been stayed pending the Eighth Circuit's decision. <u>See</u> Doc. No. 171.

[¶2]     Jurisdiction over the matter has now been returned to this Court. As a result, the Court will lift the stay of proceedings and discovery related to the Defendants' Converted Motion for Summary Judgment. Discovery deadlines related to the Motion are adjusted as follows:

1. Written discovery shall be completed by the parties on or before January 25, 2021.

1

2

2. Depositions shall be completed by the parties on or before March 25, 2021.

3. Defendants shall have until April 26, 2021 to file any supplemental materials, including briefing, to their Converted Motion for Summary Judgment.

4. Plaintiffs shall have until May 17, 2021 to file any responsive briefing and materials.

5. Defendants shall have until May 31, 2021 to file any reply briefing and materials.

6. If needed, the parties shall submit a stipulation to the Court regarding the handling of confidential materials.

[¶3]    **IT IS SO ORDERED.**

DATED November 25, 2020.

Daniel M. Traynor, District Judge
United States District Court