# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 22-1246

_____

Vanessa Dundon, on behalf of themselves and all similarly situated persons; Crystal Wilson, on behalf of themselves and all similarly situated persons; David Demo, on behalf of themselves and all similarly situated persons; Guy Dullknife, III, on behalf of themselves and all similarly situated persons; Mariah Marie Bruce, on behalf of themselves and all similarly situated persons; Frank Finan, on behalf of themselves and all similarly situated persons

Plaintiffs - Appellants

Israel Hoagland-Lynn, on behalf of themselves and all similarly situated persons; Noah Michael Treanor, on behalf of themselves and all similarly situated persons; Jade Kalikolehuaokal Wool, on behalf of themselves and all similarly situated persons

Plaintiffs

v.

Kyle Kirchmeier; Morton County; City of Mandan; Jason Ziegler; Stutsman County; Chad Kaiser; Does, 1-100

Defendants - Appellees

------------------------------

National Congress of American Indians; National Police Accountability Project

Amici on Behalf of Appellant(s)

_____

Appeal from U.S. District Court for the District of North Dakota - Western
(1:16-cv-00406-DMT)

_____

**JUDGMENT**

Before COLLOTON, WOLLMAN and BENTON, Circuit Judges.

    This appeal from the United States District Court was submitted on the record of the district court, briefs of the parties and was argued by counsel.

After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is affirmed in accordance with the opinion of this Court.

November 03, 2023

Order Entered in Accordance with Opinion:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
      /s/ Michael E. Gans